IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| JUANITA LEWIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: |
| | ) |
| BRANNEN BANK | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## **COMPLAINT**

COMES NOW the Plaintiff, JUANITA LEWIS, ("PLAINTIFF") and files this Complaint against Defendant, BRANNEN BANK, ("DEFENDANT") respectfully stating unto the Court the following:

## **GENERAL ALLEGATIONS**

1. This is a cause of action to recover damages, attorney fees, and other relief from DEFENDANT for violations of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.

2. At all relevant times, PLAINTIFF, who is a black female, was a citizen and resident of Florida.

3. At all material times, DEFENDANT was a Florida corporation that provided banking services in Inverness, Florida, which is where PLAINTIFF was employed at all material times.

**BACKGROUND**

4.   DEFENDANT hired PLAINTIFF in August 2022, to work as a deposit operations specialist and PLAINTIFF held that position until DEFENDANT terminated her.

5.   At all relevant times, PLAINTIFF was qualified to perform her job while employed by DEFENDANT and met her employer's legitimate job performance expectations.

6.   At all relevant times, DEFENDANT acted through its officers, agents, servants and employees.

7.   Jurisdiction is conferred on this Court by 28 U.S.C. §§ 1331, 1337 and by 42 U.S.C. §§ 12101, *et seq.*

8.   PLAINTIFF was the only black employee in her department.  One week after DEFENDANT hired her, her supervisor, Nicole Hayworth told PLAINTIFF she was being terminated because she was "not a good fit."  Upon information and belief, the reason DEFENDANT terminated PLAINTIFF was her race, or at the very least, PLAINTIFF'S race was a motivating factor in the decision to terminate her.

9.   Other non-black workers including those in PLAINTIFF'S department were treated more favorably than her in that they were allowed to keep their jobs.

10.  All conditions precedent to this action have occurred and this action is timely brought within 90 days of PLAINTIFF'S receipt of a Right to Sue letter.

**COUNT I**
**TITLE VII-RACE DISCRIMINATION**

11.  Paragraphs 1 through 10 are hereby incorporated by reference as though fully set forth herein.

12.  PLAINTIFF is a member of a protected class and DEFENDANT knew PLAINTIFF is a member of a protected class.

2

13. PLAINTIFF was subjected to an adverse employment action by DEFENDANT.

14. The reason DEFENDANT terminated PLAINTIFF was her race, or at the very least, PLAINTIFF'S race was a motivating factor in the decision to terminate PLAINTIFF.

WHEREFORE, PLAINTIFF demands judgment against DEFENDANT and respectfully prays the Court that PLAINTIFF will recover nominal damages, unpaid wages, benefits and other economic relief, injunctive relief in the form of reinstatement to her former position, pre- and post-judgment interest, punitive damages, attorney fees and costs of litigation, and other relief by reason of DEFENDANT'S violations of Title VII; for a trial by jury on all issues so triable; and, for such other and further relief as the Court may deem just and proper.

## COUNT II
## FLORIDA CIVIL RIGHTS ACT-RACE DISCRIMINATON

15. Paragraphs 1 through 14 are incorporated by reference.

16. PLAINTIFF was a member of a protected group and at all times she was qualified for the position she held while working for DEFENDANT.

17. DEFENDANT took adverse employment actions against and ultimately terminated PLAINTIFF because of her race or at the very least, PLAINTIFF'S race was a motivating factor in the decision to terminate her.

18. As a result of losing her job, PLAINTIFF has suffered embarrassment, humiliation, mental anguish and loss of the enjoyment of life.

WHEREFORE, PLAINTIFF demands judgment against DEFENDANT and respectfully prays the Court that PLAINTIFF will recover nominal damages, unpaid wages, benefits and other economic relief, pre- and post-judgment interest, attorney fees and costs of litigation, punitive damages, damages for emotional distress, embarrassment and humiliation, and other relief by reason of DEFENDANT'S violation of the Florida Civil Right Act; for a trial by jury on all issues

so triable; and, for such other and further relief as the Court may deem just and proper.

Dated:   March 22, 2023

Respectfully submitted,

**THE LAW OFFICE OF MATTHEW BIRK**

**/s/ Matthew W. Birk**
**Matthew W. Birk**
Florida Bar No.:  92265
309 NE 1st Street
Gainesville, FL  32601
(352) 244-2069
(352) 372-3464 FAX
mbirk@gainesvilleemploymentlaw.com
ATTORNEYS FOR PLAINTIFF

4